# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-20568

United States Court of Appeals
Fifth Circuit

**FILED**

December 13, 2017

Lyle W. Cayce
Clerk

REVEAL ENERGY SERVICES, INCORPORATED; STATOIL GULF
SERVICES, L.L.C.,

>    Plaintiffs - Appellees

v.

MATTHEW A. DAWSON; JIN Z. DAWSON; AXIOM GENESIS,
INCORPORATED,

>    Defendants - Appellants

Appeal from the United States District Court
for the Southern District of Texas
No. 4:17-CV-459

Before Judges SMITH, BARKSDALE, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Dr. Matthew A. Dawson, his wife Dr. Jin Z. Dawson, and Axiom Genesis, Incorporated, challenge the preliminary injunction provided by the district court's 21 August 2017 order. Having reviewed the briefs and pertinent parts of the record, and heard oral argument, the preliminary injunction is AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.